IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-550-CV





GEORGE F. TRUE,



 APPELLANT


vs.





HARTFORD ACCIDENT AND INDEMNITY COMPANY,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY



NO. 210,445-A, HONORABLE STEVE RUSSELL, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: April 20, 1994

Do Not Publish